# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2025-0048
1D2025-0873

_____

ERIC D. SCHURGER, Appointed
Attorney and Elisor,

    Appellant,

    v.

VELETA HAMILTON-HUFF,
SUSANNE H. JOHNSON, and
PAMPA HAMILTON,

    Appellees.

_____


On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

March 16, 2026


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Eric D. Schurger, Gulf Breeze, Appellant.

Robert Hadley Sanders, III of Hadley Sanders, P.A., Pensacola, for
Appellees Veleta Hamilton-Huff and Susanne H. Johnson.

Karen Sunnenberg of Karen Sunnenberg, P.A., Pensacola, for
Appellee Pampa Hamilton.